<table>
<tr><td>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 10/2/12</td><td>Jeffrey Sonnabend<br>Attorney at Law</td><td>600 Prospect Avenue<br>Brooklyn, NY 11215<br>718.832.8810<br>JSonnabend@SonnabendLaw.com</td></tr>
</table>

October 2, 2012



RECEIVED
OCT 02 2012
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE
S.D.N.Y.

Via Facsimile

Hon. Michael H. Dolinger
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      re:    Worldwide Home Products, Inc. v. Time Inc. et al.
             11-cv-3633

Dear Judge Dolinger:

    I am counsel for Plaintiff in the above referenced case. I write concerning Plaintiff's Motion to Compel and/or for Sanctions, renewed by letter to the Court dated September 5, 2012 and subsequently briefed in opposition and reply in ECF Docket Nos. 130 and 131. Dispositive motions in the case are due by October 31, but Plaintiff is unable to properly brief such motions until Defendants have produced the information currently being withheld.

    By this letter, Plaintiff is therefore inquiring as to the status of the pending renewed motion.

*ENDORSED ORDER*
*The deadline for dispositive motions is adjourned to Nov. 14, 2012.*
*[signed] MHD 10/2/12*

Sincerely

[signature]

Jeffrey Sonnabend (JS1243)
Attorney for Plaintiff's

cc: Uleses Henderson, Attorney for Defendants

## FAX Cover Sheet

Date:   October 2, 2012

To:     Jeffrey Sonnabend, Esq.
        SonnabendLaw
        600 Prospect Avenue
        Brooklyn, NY 11215
        Fax: (718) 832-2767

        Uleses Columbus Henderson, Esq.
        Edward F. O'Connor, Esq.
        The Eclipse Group LLP
        1920 Main Street, Suite 150
        Irvine, CA 92614
        Fax: (949) 851-5051

        Lewis Emery Hudnell, III, Esq.
        Colvin Hudnell LLP
        375 Park Avenue, Suite 2607
        New York, New York, 10152
        Fax: (347) 772-3034

Re:     <u>Worldwide Home Products, Inc. v. Time, Inc., et al.</u>
        11 Civ. 3633 (LTS) (MHD)

        *Text of enclosed endorsed order: "The deadline for dispositive motions is adjourned to Nov. 14, 2012."*

From:   Magistrate Judge Michael H. Dolinger
        United States District Court
        Southern District of New York
        500 Pearl Street, Room 1670
        New York, New York 10007-1312

        FAX (212) 805-7928

        TELEPHONE NUMBER (212) 805-0204

This document contains <u>2</u> pages, including this cover sheet.