USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WORLDWIDE HOME PRODUCTS, INC.
           Plaintiffs and
           Counterclaim-Defendant,
   -against-

TIME INC., et al.,
           Defendants and
           Counterclaim Plaintiffs.
-----------------------------------------------------------X

11 **CIVIL** 3633 (LTS) (MHD)

## JUDGMENT

      Defendants having moved for summary judgment pursuant to Fed. R. Civ. P. 56, and to strike the Report of William Poms (the "Poms Report"); Plaintiff having moved for summary judgment, and the matter having come before the Honorable Laura T. Swain, United States District Judge, and the Court, on September 30, 2013, having rendered its Memorandum Opinion and Order granting Defendants' motion for summary judgment for non-infringement and declaring the '300 patent invalid as the product of inequitable and therefore it is unenforceable, dismissing Plaintiff's claims of infringement, denying Plaintiff's motions for summary judgment and to strike the testimony of William Poms in their entirety, directing the Clerk of Court to terminate all pending motions with the exception of docket entry number 200, enter judgment in Defendants' favor and close theis case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 30, 2013, Defendants' motion for summary judgment for non-infringement is granted and the '300 patent is declared invalid as the product of inequitable conduct and therefore it is unenforceable; Plaintiff's claims of infringement are dismissed; Plaintiffs' motions for summary judgment and to strike the testimony of William

Poms are denied in their entirety, and judgment is hereby entered in favor of Defendants'; accordingly, the case is closed. Defendants may make any available motion for attorney's fees within thirty (30) days after the entery of Judgment, in accordance with Federal Rule Civil Procedure 54.

**Dated:** New York, New York
September 30, 2013

RUBY J. KRAJICK
Clerk of Court
BY:
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____