UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
WORLDWIDE HOME PRODUCTS, INC.,

                        Plaintiff,

- against -

TIME INC., BED BATH & BEYOND, INC., COHESION
PRODUCTS, INC. and SHERRY HANSON,

                        Defendants.
------------------------------------------------------------------------X

Case No.: 1:11-cv-03633
(LTS)(MHD)

**NOTICE OF APPEAL**

**NOTICE IS HEREBY GIVEN** that Jeffrey Sonnabend ("Attorney Sonnabend") appeals to the United States Court of Appeals for the Federal Circuit from the District Court's April 9, 2015 Memorandum Opinion and Order (Docket Entry 298), which awarded Defendants $818,124.65 in attorneys' fees and nontaxable litigation expenses as against Plaintiff Worldwide Home Products, Inc. and Attorney Sonnabend jointly and severally, as well as all orders relevant thereto or subsumed therein.

Dated: New York, New York
        April 10, 2015

                                    Respectfully Submitted,

                                    **FURMAN KORNFELD & BRENNAN LLP**

By: _____
      A. Michael Furman
      Izabell Lemkhen, Esq.
      Benjamin M. Oxenburg, Esq.
      Attorneys for JEFFREY SONNABEND, ESQ.
      61 Broadway, 26th Floor
      New York, New York 10006
      Phone: (212) 867-4100
      Fax:   (212) 867-4118
      FKB File No.: 313.032